E-FILED
Wednesday, 15 June, 2016  02:42:54 PM
Clerk, U.S. District Court, ILCD

IN THE
**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| APRIL MARIE STAROFSKY,<br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>        Defendant. | Case No. 4:14-cv-04081-JEH |

**Amended Order**

This matter is now before the Court on the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 17).  In their Motion, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The parties stipulate that upon remand, the ALJ will give the Plaintiff the opportunity for a hearing; reevaluate the Plaintiff's impairments, singly and in combination, at step three of the sequential evaluation process under Listing 1.00 and determine whether her combined impairments, including her obesity, meet or medically equal the listing; address the Plaintiff's obesity and whether it impacts her ability to function, and, if so, how; reassess the Plaintiff's residual functional capacity; if necessary, obtain medical expert evidence to evaluate the severity of the Plaintiff's impairments and whether they meet or equal a listing in the listing of impairments; further

evaluate the Plaintiff's allegations of illiteracy and her education level and provide rationale to support the conclusions; and, if necessary, obtain supplemental vocational expert testimony to assist in determining what jobs exist in significant numbers for the Plaintiff in the national economy.  The parties agree that the ALJ will then issue a new decision, after reevaluating the evidence, regarding the disability application.

The Court finds the request for remand appropriate and so the Motion to Remand (Doc. 17) is GRANTED.  Accordingly, the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On August 13, 2015, the Clerk properly entered Judgment in favor of the Plaintiff and against the Defendant.  This matter remains terminated.

*It is so ordered.*

Entered on June 15, 2016.

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE